```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - X
                                   :
UNITED STATES OF AMERICA           :
                                   :
        - v. -                     :    UNSEALING ORDER
                                   :
VICTOR RIVERA                      :    S2 20 Cr. 600 (AKH)
          and                      :
JOHAN ARAUJO                       :
                                   :
        Defendants.                :
                                   :
                                   :
                                   :
- - - - - - - - - - - - - - - - - X
```

Upon application of the United States of America, by and through Assistant United States Attorney Celia V. Cohen, it is hereby ORDERED that Superseding Indictment S2 20 Cr. 600 be and hereby is unsealed.

SO ORDERED.

Dated:  New York, New York
        July 23, 2021

_____
HONORABLE KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE