UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------- x
UNITED STATES OF AMERICA                 :
                                         :
                                         :     SCHEDULING ORDER
                                         :
                                         :     20 Cr. 600 (AKH)
       -against-                         :
                                         :
VICTOR RIVERA and JOHAN ARAUJO,          :
                                         :
                                         :
                                         :
                    Defendants.          :
------------------------------------------------------------- x
```

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The conference scheduled for December 15, 2021 is hereby adjourned to January 5, 2022 at 11:30 a.m.  Time is excluded until January 5, 2022, in the interest of justice.  The conference will take place in Courtroom 14D.

        No later than January 3, 2022, at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.

        SO ORDERED.

Dated:    December 8, 2021                     /s/ Alvin K. Hellerstein
            New York, New York                ALVIN K. HELLERSTEIN
                                                                    United States District Judge