UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
                                         :

UNITED STATES OF AMERICA,         :

                               :   **ORDER VACATING PRIOR**

                      Plaintiff,     :   **ORDER AND SCHEDULING**

   -against-                         :   **HEARING**

                                 :

JOHAN ARAUJO,                 :   20-cr-600

                               :

                    Defendant.   :

-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

      My order of December 20, 2021 (ECF No. 46) modifying bail is vacated.  In light of the government's opposition, a hearing will be held January 6, 2022, at 10:30 a.m., which will be held via the following dial-in number:

      **Call-in number: 888-363-4749**

      **Access code: 7518680**

      To ensure that the call proceeds smoothly and to avoid disruption, the Court directs those calling in (other than counsel) to mute their telephones.  Additionally, all participants are directed to call in **5 minutes** prior to the start of the conference.

      Finally, no later than January 4, 2022, at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.

      SO ORDERED.

Dated:      December 20, 2021              __/s/ Alvin K. Hellerstein____
          New York, New York          ALVIN K. HELLERSTEIN
                                      United States District Judge