UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
UNITED STATES OF AMERICA           :
                                   :
                                   :  **SCHEDULING ORDER**
   -against-                       :
                                   :  20 Cr. 600 (AKH)
                                   :
JOHAN ARAUJO,                      :
                                   :
                                   :
              Defendant.           :
------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

      The sentencing scheduled for October 12, 2022, is hereby adjourned to October 20, 2022, at 11:30 a.m.

      SO ORDERED.

Dated:    September 27, 2022          ___/s/ Alvin K. Hellerstein_____
               New York, New York           ALVIN K. HELLERSTEIN
                                                      United States District Judge