UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

UNITED STATES OF AMERICA

               -against-

JOHNA ARAUJO,

                             Defendant.

------------------------------------------------------------- x

**ORDER ACCEPTING PLEA ALLOCUTION**

20 Cr. 600 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

WHEREAS with the defendant's consent, his guilty plea allocution was taken before Magistrate Judge Jennifer Willis on June 16, 2022;

WHEREAS a transcript of the allocution was made;

WHEREAS an additional guilty plea allocution was taken before this Court on May 3, 2023; and

WHEREAS upon review of the allocution transcript, and upon the additional allocution taken before this Court on May 3, 2023, this Court has determined that the defendant has entered a guilty plea knowingly and voluntarily and that there is a factual basis for the guilty plea;

IT IS THEREFORE ORDERED THAT the defendant's guilty plea is accepted.

SO ORDERED.

Dated:     May 3, 2023
            New York, New York

ALVIN K. HELLERSTEIN
United States District Judge